**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date:   December 29, 2011
Court Reporter:          Paul Zuckerman
Probation Officer:      Robert Ford

Criminal Action No. 11-cr-00140-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,               Susan Knox

        Plaintiff,

v.

VINCENT DUVALL,                                    Derek Samuelson

        Defendant.

---

### SENTENCING MINUTES
---

**11:09 a.m.      Court in session**.

Defendant present in on bond.

**Change of Plea Hearing on October 18, 2011.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure.  **(Doc. #227).**  Oral request to amend Doc. #227 and argument.  Defendant has no objection.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #228)** is **GRANTED.**

**ORDER:**     The Government's Motion for Downward Departure **(Doc. #227)** is **GRANTED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on a date to be determined with 15 days of his designation.

**ORDER:**     Bond will be exonerated at the time defendant self-surrenders to the designated facility.

**11:44 a.m.**     **Court in recess.**

Total Time:    35 minutes.
Hearing concluded.