UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00140-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LUCIO VAZQUEZ,
2. SAMUEL RETANO-GRADILLA,
   a/k/a "Tejon",
   a/k/a Tejas",
3. JAMIE UPCHURCH,
4. JULIO GARCIA-ALVARADO,
5. **VINCENT DUVALL**,
6. PEDRO GUILLEN-ORTIZ,
7. CARLOS FRANCISCO FELIX-HERNANDEZ,

        Defendants.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 19th day of April, 2012.

                                          **BY THE COURT:**

*/s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge